| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Todd Carpenter, Esq., Bar #234464<br>Carlson Lynch Sweet Kilpela & Carpenter<br>402 West Broadway, 29th Floor<br>San Diego, CA 92101<br>Telephone No: 619-756-6994 | | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of California | | | | | |
| Plaintiff: Alyssa Hedrick, et al. | | | | | |
| Defendant: New York & Company, Inc., et al. | | | | | |
| **PROOF OF SERVICE**<br>**PROOF SUMMONS** | Hearing Date: | Time: | Dept/Div: | | Case Number:<br>17CV01153AJBJMA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint; Declaration in Support of Jurisdiction

3. a. Party served:      New York & Company Stores, Inc., a New York corporation
   b. Person served:     Gladys Aguilera, Person Authorized to Accept Service.

4. Address where the party was served:    C T Corporation
                                          818 W. 7th Street
                                          Suite 930
                                          Los Angeles, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Jun. 15, 2017 (2) at: 2:50PM

7. **Person Who Served Papers:**                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. V. Avendano                          d. *The Fee for Service was:*
   b. Class Action Research & Litigation   e. I am: (3) registered California process server
      P O Box 740                                (i)   Independent Contractor
      Penryn, CA 95663                           (ii)  Registration No.:   PSC #2720
   c. (916) 663-2562, FAX (916) 663-4955         (iii) County:             Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, Jun. 16, 2017

   Judicial Council Form                PROOF OF SERVICE              (V. Avendano)        ca22.167662
   Rule 2.150.(a)&(b) Rev January 1, 2007   PROOF SUMMONS