# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ALYSSA HEDRICK, on behalf herself and all others similarly situated,

Plaintiff,

v.

NEW YORK & COMPANY, INC., *et al.*,

Defendants.

Case No. 17-cv-1153-BAS-LL

**ORDER REQUESTING STATUS UPDATE**

On November 13, 2018, the Parties filed a Joint Status Update, informing the Court that they reached a class-wide settlement and expect to finalize the agreement in the next two weeks. (ECF No. 31.) The Parties have not filed anything since. The Court **ORDERS** the parties to file a joint notice with the Court updating the Court of the status of this case or file a joint motion for dismissal of this case <u>on or before January 11, 2019.</u>

**IT IS SO ORDERED.**

**DATED:  January 3, 2019**

Hon. Cynthia Bashant
United States District Judge