**CARLSON LYNCH SWEET
KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
    tcarpenter@carlsonlynch.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991

*Attorneys for Plaintiff and Class Counsel*

**STEPTOE & JOHNSON LLP**
Stephanie A. Sheridan (CA 135910)
    ssheridan@steptoe.com
Anthony J. Anscombe (CA 135883)
    aanscombe@steptoe.com
Meegan B. Brooks (CA 298570)
    mbrooks@steptoe.com
Steuart Tower, 1 Market St. # 1800
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6678

*Attorneys for Defendants
New York & Company, Inc. and
New York & Company Stores, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSSA HEDRICK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK & COMPANY, INC., a DELAWARE corporation, NEW YORK & COMPANY STORES, INC., a NEW YORK corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 3:17-cv-1153-BAS-LL<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>District Judge: Hon. Cynthia Bashant<br><br>Magistrate Judge: Hon. Linda Lopez |

# **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that, in consideration of a negotiated settlement executed by them, the above-captioned action is voluntarily dismissed against Defendants RTW Retailwinds, Inc., f/k/a New York & Company, Inc. and New York & Company Stores, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: January 22, 2019   **CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**

*/s/ Todd D. Carpenter*
Todd D. Carpenter
*Attorneys for Plaintiff*

Dated: January 22, 2019   **STEPTOE & JOHNSON LLP**

*/s/ Stephanie A. Sheridan*
Stephanie A. Sheridan
*Attorneys for Defendants*

## **Local Rule 5-1 Attestation**

*I, Todd Carpenter, hereby certify that the content of this document is acceptable to all of the above signatories.*

*/s/ Todd D. Carpenter*
Todd D. Carpenter